# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMESH GURNANI, an individual doing business as Crossroads Tours,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, a Federal Agency; THE NATIONAL PARK SERVICE, a Federal Agency; CICELY MULDOON, a Federal Officer,<br><br>Defendant. | No. 1:23-CV-01293-NODJ-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 20) |

On January 24, 2024, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 20). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 25, 2024**            /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE